**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JEREMY LOCKE,**
**ADC #137927**                                                                                    **PLAINTIFF**

**VS.**                                      **3:15-CV-358-BRW-BD**

**CHRISTIAN UNDERWOOD**
**and STEVE WRIGHT**                                                          **DEFENDANTS**

**ORDER**

Plaintiff Jeremy Locke, an inmate at the Greene County Detention Facility, filed this lawsuit pro se under 42 U.S.C. § 1983.  (Docket entry #1)  The Court ordered Mr. Locke to submit a complete *in forma pauperis* application or pay the $400 filing fee by December 10, 2015.  (Doc. No. 2)  To date, Mr. Locke has failed to comply with the Court's Order requiring him to address the filing fee issue, and the time allowed for doing so has passed.  The Court specifically cautioned Mr. Locke that his claims could be dismissed if he failed to comply with the Court's Order.

Mr. Locke's's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's November 10, 2015 Order.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED, this 16th day of December, 2015.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE